IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: DBSI Inc., et al.                          :

                    Debtor.                       :
                                                            Civil Action No. 12-1216 GMS
_____                        Bankruptcy Case No. 08-12687

WAVETRONIX, LLC,                                  :         AP No. 10-55592

                    Appellant,                    :

          v.                                      :

CONRAD MYERS, et al,                              :

                    Appellees.                    :

<u>ORDER</u>

At Wilmington this ___10th___ day of July, 2013, having received a recommendation from

Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for

mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit

a proposed briefing schedule to the court no later than **August 12, 2013.**

_____

CHIEF, UNITED STATES DISTRICT JUDGE